# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

UNITED STATES OF AMERICA

        vs.                                            Crim. No. 2:08cr00017-1

Clinton Woodson Royce

On 02/12/2010 the above named was placed on Supervised Release for a period of three (3) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Clinton Woodson Royce be discharged from supervision.

Respectfully submitted,

by _____ s/ Bonney J. Price _____
Bonney J. Price
U.S. Probation Officer
200 S. College Street, Suite 1650
Charlotte, NC 28202-2005
(704) 350-7680

Approved By:

_____ s/ Lisa G. Morris _____
Lisa G. Morris
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date: _____

Martin Reidinger
United States District Judge